AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Calenture, LLC<br>*Plaintiff*<br>v.<br>Neonc Technologies Holdings, Inc.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 26-cv-5248 (MKV) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Calenture, LLC .

Date: 07/23/2026

/s/ James A. Hunter
*Attorney's signature*

James A. Hunter (JH-1910)
*Printed name and bar number*

Law Office of James A. Hunter
201 King of Prussia Road, Suite 650
Radnor, Pennsylvania 19087
*Address*

hunter@hunterkmiec.com
*E-mail address*

(484) 437-5935
*Telephone number*

(646) 462-3356
*FAX number*